Brown, Appellant, *v.* Finnegan.

Argued June 27, 1957. Before JONES, C. J., BELL, CHIDSEY, MUSMANNO, ARNOLD, JONES and COHEN, JJ.

*James Lenahan Brown,* with him *Joseph L. O'Donnell,* for appellants.

*Harry J. Rubin,* Deputy Attorney General, with him *Joseph L. Donnelly,* Deputy Attorney General, and *Thomas D. McBride,* Attorney General, for appellee.

610

OPINION PER CURIAM, June 28, 1957:

The judgment for the defendant on the pleadings is affirmed on the opinion of Judge WALTER R. SOHN, reported in 8 D. & C. 2d 780.

Mr. Justice MUSMANNO dissents.